**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Joseph Donald Lewis a/k/a Joseph D.      **BK NO. 22-00635 HWV**
Lewis, a/k/a Joseph Lewis

                 **Debtor(s)**                 **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

         Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

         Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
15 Mar 2024, 16:03:13, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 952370293a5051f66a0f2915a388c97eb52fcb06f4eba3eaa20c3baa2635c0c4