UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH DONALD LEWIS
AKA: JOSEPH LEWIS, JOSEPH D. LEWIS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-22-00635-HWV

JOSEPH DONALD LEWIS
AKA: JOSEPH LEWIS, JOSEPH D. LEWIS

    Respondent(s)

### **CERTIFICATION OF DEFAULT**

AND NOW on April 15, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of April 15, 2025, the Debtor(s) is/are $1477.50 in arrears a plan payment having last been made on February 3, 2025.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: April 15, 2025

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSEPH DONALD LEWIS<br>AKA: JOSEPH LEWIS, JOSEPH D. LEWIS<br>Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-22-00635-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 15, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE PA 18701-1708

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

JOSEPH DONALD LEWIS
93 PENN ST
KINGSTON PA 18704-2619

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 15, 2025

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com