United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-00635-HWV
Joseph Donald Lewis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 3
Date Rcvd: Apr 16, 2025 Form ID: pdf010 Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph Donald Lewis, 93 Penn St, Kingston, PA 18704-2619 |
| cr | + | FNCB Bank, f/k/a First National Community Bank, 102 East Drinker Street, Dunmore, PA 18512-2432 |
| 5476530 | + | FNCB Bank (fka First National Community Bank), 200 South Blakely Street, Dunmore, PA 18512-2200 |
| 5468620 | | Fncb Bank, 102 E Drinker St, Dunmore, PA 18512-2432 |
| 5468604 | | Lewis Joseph Donald, 93 Penn St, Kingston, PA 18704-2619 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5468606 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 19:01:05 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5468611 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 18:51:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5469474 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 18:51:00 | Citizens Bank N.A., One Citizens Bank JCA115, Johnston, RI 02919 |
| 5468608 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 19:01:45 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5468607 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 19:00:32 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5470791 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 18:49:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5468609 | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 16 2025 18:51:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 5468610 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 19:01:48 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5468612 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2025 18:51:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 5468613 | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 17 2025 11:41:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 5468614 | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2025 19:01:03 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5468615 | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2025 18:49:33 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5468616 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 16 2025 18:49:41 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5468617 | | Email/Text: Bankruptcy.Consumer@dish.com | Apr 16 2025 18:51:00 | DISH, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 5468619 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Apr 16 2025 18:51:00 | FM/Citizens, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5468621 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 16 2025 18:51:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5468622 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 16 2025 18:51:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5468623 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2025 18:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5469349 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 18:49:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470328 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 18:49:43 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5468605 | | Email/Text: mylawyer@jpplaw.com | Apr 16 2025 18:51:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5474062 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2025 18:49:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5468624 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2025 19:00:26 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5468625 | | Email/Text: mmrgbk@miramedrg.com | Apr 16 2025 18:51:00 | Miramedrg, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5468626 | ^ | MEBN | Apr 16 2025 18:47:05 | Nationwide, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 5468627 | ^ | MEBN | Apr 16 2025 18:47:05 | Nationwide In., 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 5468628 | | Email/Text: claims@hescloans.com | Apr 16 2025 18:51:00 | Ok Student Loan Author, 525 Central Park Dr, Oklahoma City, OK 73105-1723 |
| 5468629 | | Email/PDF: cbp@omf.com | Apr 16 2025 19:01:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5468630 | | Email/PDF: cbp@omf.com | Apr 16 2025 18:49:33 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5468631 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 16 2025 19:01:43 | Osla/Dept of Ed, Attn: Bankruptcy, PO Box 18475, Oklahoma City, OK 73154-0475 |
| 5468700 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2025 18:51:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5480665 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 19:00:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5468632 | | Email/PDF: ebnotices@pnmac.com | Apr 16 2025 19:01:49 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5468633 | + | Email/PDF: ebnotices@pnmac.com | Apr 16 2025 19:01:11 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5473509 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2025 18:51:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5675481 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 18:49:15 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5675482 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 19:01:45 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC, 29603, Resurgent Receivables LLC 29603-0587 |
| 5468634 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 16 2025 18:51:00 | Tbom/milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 5477855 | | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2025 18:49:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5468635 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 16 2025 18:51:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr Ste 599, Saint Charles, MO 63304-2225 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5468618 | ## | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC nj-ecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eugene C Kelley | on behalf of Creditor FNCB Bank f/k/a First National Community Bank eck@kelleylawyer.com, abartoli@kpwslaw.com;emk@kpwslaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Joseph Donald Lewis MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JOSEPH DONALD LEWIS<br>AKA: JOSEPH LEWIS, JOSEPH D. LEWIS<br>                         Debtor<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>   vs.             Movant(s)<br><br>JOSEPH DONALD LEWIS<br>AKA: JOSEPH LEWIS, JOSEPH D. LEWIS<br>                   Respondent(s) | Chapter:   13<br><br>Case No.:   5:22-bk-00635-HWV |

### ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 41, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 32, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

/s/ Henry W. Van Eck
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 15, 2025